

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DANIEL MCKEY, | § | No. 08-20-00042-CV |
| Appellant, | § | Appeal from the |
| v. | § | 119th District Court |
| LINDA STALLINGS, | § | of Tom Green County, Texas |
| Appellee. | § | (TC#B-15-0093-F) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF MARCH, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Palafox, J., Concurs